IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA ISABEL ARREDONDO, | NO. 5:11-cv-02011 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, et. al., | |
| Defendant(s). | |

On April 25, 2011, Plaintiff Maria Isabel Arredondo filed the instant action against Defendants Wells Fargo Bank and NDex West, LLC. To date, neither Defendant has been served with the Summons and Complaint, and neither Defendant has appeared in this action.

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

It has now been 120 days since Plaintiff filed the complaint. Thus, Plaintiff shall, no later than September 23, 2011, show cause in writing why she has failed to: (1) file documents to show proof of service of the Summons and Complaint on the Defendants to comply with Rule 4(l) of the Federal Rules of Civil Procedure; and (2) accomplish service of the Summons and Complaint on the aforementioned Defendants within 120 days of filing the complaint to comply with Rule 4(m) of the Federal Rules of Civil Procedure. No hearing will be held on the order to show cause unless otherwise ordered by the Court.

Plaintiff is notified that the Court will dismiss this action if Plaintiff fails to comply with this Order or otherwise fail to show good cause as directed above.

**IT IS SO ORDERED.**

Dated: August 23, 2011

EDWARD J. DAVILA
United States District Judge

1

Case No. 5:11-cv-02011 EJD
ORDER TO SHOW CAUSE (EJDLC1)