IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA ISABEL ARREDONDO, | CASE NO. 5:11-cv-02011 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| WELLS FARGO BANK, et. al., | |
| Defendant(s). | |

On August 23, 2011, the Court ordered Plaintiff Maria Isabel Arredondo to show cause why this case should not be dismissed for failure to accomplish service of process within the time designated by Federal Rule of Civil Procedure 4.  See Docket Item No. 9.  The Court admonished Plaintiff that the Court would dismiss this action should she fail to respond or otherwise fail to show good cause.

As of this date, Plaintiff has not complied with the show cause order as directed. Accordingly, this case is DISMISSED pursuant to Federal Rule of Civil Procedure 4(m).  The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  September 26, 2011

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-02011 EJD
ORDER DISMISSING CASE (EJDLC1)