IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA ISABEL ARREDONDO, | CASE NO. 5:11-cv-02011 EJD |
| Plaintiff(s), | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK, et. al., | |
| Defendant(s). | |

This action having been dismissed pursuant to Federal Rule of Civil Procedure 4(m) (see Docket Item No. 14),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated: September 26, 2011

EDWARD J. DAVILA
United States District Judge